**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re Application of

CANACOL ENERGY COLOMBIA S.A.S,
CNE OIL & GAS S.A.S, CNEOG
COLOMBIA SUCURSAL COLOMBIA

Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings.

Index No.

### DECLARATION OF DAMIAN VALLEJO IN SUPPORT OF CANACOL ENERGY COLOMBIA S.A.S, CNE OIL & GAS S.A.S AND CNEOG COLOMBIA'S EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

I, Damian Vallejo, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York. I am a partner at the law firm of Dunning Rievman & MacDonald LLP, which is counsel to CANACOL ENERGY COLOMBIA S.A.S ("**Canacol**"), CNE OIL & GAS S.A.S ("**CNE**") and CNEOG COLOMBIA SUCURSAL COLOMBIA ("**CNEOG**" and, together with Canacol and CNE, the "**Petitioners**"). I submit this declaration in support of their Application for an Order Pursuant to 28 U.S.C. § 1782 (the "**Application**").

2. Petitioners bring this Application under 28 U.S.C. § 1782 to obtain limited discovery from from VP Engenergy LLC ("**VP USA**") and Nicolas Vargas Peña ("**Mr. Vargas Peña**", and together with VP USA, the "**Discovery Subjects**") for use in for use in pending court proceedings before the Colombian courts ("**Colombian Proceedings**").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the proposed subpoena that Petitioners seek to serve on VP USA in connection with the Colombian Proceedings.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the proposed subpoena that Petitioners seek to serve on Mr. Vargas Peña in connection with the Colombian Proceedings.

5. Attached hereto as **Exhibit 3** is a true and correct copy of VP USA's registration information from Florida's Division of Corporations website.

6. Attached hereto as **Exhibit 4** is a true and correct copy of VP USA's 2025 Foreign LLC Annual Report filed with the Secretary of State of Florida on February 28, 2025.

Dated: April 24, 2025

/s/ Damian Vallejo
Damian Vallejo
Dunning Rievman & MacDonald LLP
1350 Broadway, Suite 2220
New York, New York 10018
(646) 680-9236
dvallejo@drmlaw.com

*Attorney for Petitioners*