# EXHIBIT 1A

[Logo: **DRET** Legal
Ally Law]

To

**Circuit Civil Judge (WHOSE TURN IT IS IN THE ROTATION)**

Bogotá D.C.

| | |
|---|---|
| **Proceedings:** | Executive of Major Amounts |
| **Claimant:** | CNE OIL & GAS S.A.S. |
| **Defendant:** | VP INGENERGÍA S.A. E.S.P. |

CNE OIL & GAS S.A.S. sues VP INGENERGÍA S.A. E.S.P. in an executive major amount proceeding .

**I. PARTIES**

**1.1.  Claimant**

| CNE OIL & GAS SAS | |
|---|---|
| NIT | 900.713.658-0 |
| Legal representative | Andrés Valenzuela Pachón |
| ID number | 79,657,288 |
| Address | Bogotá D.C. |
| Email for notification | notificacionesjudiciales@canacolenergy.com |
| Proxy | DRET LEGAL SAS through Juan Mendoza Gómez |
| E-mail address | juan.mendoza@dret.legal |

**1.2.  Defendant**

| VP INGENERGÍA SAS ESP | |
|---|---|
| Address | Bogotá D.C. |
| NIT | 900.305.404-7 |
| Legal representative | Álvaro Augusto Vargas Bravo |
| ID number | 91,241,213 |
| Notification address | Avenida Carrera 9 115 06 Office 801 Building |

[Logo: **DRET** Legal
Ally Law]

| | Tierra Firme |
|---|---|
| Email for notification | financiera@vpsa.co |

## II. RELIEF REQUESTED

**One.**     To issue a payment order in favor of CNE OIL & GAS SAS and against VP INGENERGÍA SAS ESP for the following amounts and/or items:

    1.1.     $14,813,257,808 COP (FOURTEEN THOUSAND EIGHT HUNDRED AND THIRTEEN MILLION TWO HUNDRED AND FIFTY-SEVEN THOUSAND EIGHT HUNDRED AND EIGHT PESOS) corresponding to the balance of Electronic Sales Invoice CNEG-191.

    1.2.     Default interest at the maximum legal rate of commercial interest on balances due, proportional to the time elapsed from the date of payment obligation until the date on which payment is made.

**Two.**     To order VP INGENERGÍA SAS ESP to pay the above amounts.

**Three.**     To order VP INGENERGÍA SAS ESP to pay costs and legal representation costs.

## III. FACTS

**FACT 1:**     On February 2, 2016, CNE OIL & GAS S.A.S. as seller and VP INGENERGÍA S.A. E.S.P. as buyer, entered into Contract No. CNEGN-01-2016 (the "Contract").

**FACT 2:**     The purpose of the Contract is the take-or-pay supply of gas by CNE OIL & GAS SAS to VP INGENERGÍA SAS ESP under the agreed terms and conditions.

**FACT 3:**     Under the Contract, CNE OIL & GAS SAS sold to VP INGENERGÍA SAS ESP 1,212,148.0000 BZ of gas between December 1 and December 31, 2022.

[Logo: **DRET** Legal
Ally Law]

**FACT 4:**     Thus, on January 17, 2023, CNE OIL & GAS SAS issued the Electronic Sales Invoice CNEG-191, in which the following information was stated:

(i)     That the title incorporates as a right that VP INGENERGÍA SAS ESP must pay to CNE OIL & GAS SAS the amount of COP $30,777,611,352 (THIRTY THOUSAND SEVEN HUNDRED SEVENTY-SEVEN MILLION SIX HUNDRED ELEVEN THOUSAND THREE HUNDRED FIFTY-TWO PESOS).

(ii)     The electronic signature of the person who created the invoice, i.e. CNE OIL & GAS SAS as the seller of the aforementioned gas.

(iii)     The maturity date established as February 14, 2023.

**FACT 5:**     For ease of reference, below a screenshot of an excerpt from Electronic Sales Invoice CNEG-191 in which the above information is provided:

| Electronic Sales Invoice: | CNEG-191 | [Logo: CNE OIL & GAS] |
| --- | --- | --- |

**Issued on:**     2023-01-17 00:00:00
**Date Due:**     02/14/2023
**CNE OIL & GAS S A S**
**NIT: 900713658-0**

**VP INGENERGÍA SA S. E.S.P.**
**NIT 900305404-7**

CL 113 7 45 TO B OF 1501

CL 93 17 23 OF 801 ED INFINITI

| **City:** | BOGOTA. D.C. | **City:** | 11001-BOGOTA. D.C. |
| --- | --- | --- | --- |
| **Department:** | BOGOTA | **Department:** | 11-BOGOTA |
| **Country:** | Colombia | **Country:** | CO-Colombia |
| **Telephone:** | 6211747 | **Telephone:** | 6014624673 |
| **Email:** | fact.electronicaCNE@canacolenergv.com | **Email:** | financiera@vpsa.co |
| | | **Contact:** | |
| | | | financial@vpsaco |

Authorization of Electronic Invoicing Numbering DIAN: 18764028340843 from 04/29/2022 to 04/29/2024 Authorized with CNEG prefix from 19 to 1000.

**Seller's Name:** N/A
**Purchase Order:**
**Notices of Dispatch:**
**Notice of Receipt:**

**Form of Payment:** Credit
**Method of Payment**: Bank Credit Transfer
**Payment Date:** 02/14/2023

| ID | Main Code | Description | Quantity | UM | Unit Price | Desc. | VAT: S0 | Gross | VAT % | VAT | Remarks |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 006-MBTUGAS | **MBTU SUPPLY OF NATURAL GAS DURING THE PERIOD FROM DECEMBER 01 TO DECEMBER 31, 2022/ TAKE-OR-PAY GAS CONTRACT CNEGN-01-2016** | 1,212,148.0000 | BZ | 25,390.97 | 0.00 | 0.00 | 30,777,611,352.00 | | 0.00 | |

**FACT 6:**     The foregoing is further evidenced in the *Certificate of Existence of Electronic Invoice as a negotiable instrument*("Certificate of Existence of Electronic Invoice"), as evidenced below:

[Logo: **DRET** Legal
Ally Law]

| | |
|---|---|
| **"THIS CERTIFICATE REFLECTS THE CURRENT STATUS OF THE ELECTRONIC INVOICE AS A SECURITY UP TO THE DATE AND TIME OF ISSUANCE."** | |
| Electronic sales invoice: No. CNEG191 | Date of generation of the electronic sales invoice: (date of electronic signature): 2023-01-17 12:00:00.00.000 UTC-5 |
| Current status: SECURITY | CUFE: aa1f5d306dbd88c851f8e974b10fc2a6e3604394bf8da30839933 89b3186d69943dddc73b66f169d43ec30f87e2a8f98 |
| NAME OF THE ISSUER: CNE OIL & GAS S A S | COMPANY NAME OF THE ACQUIRER: VP INGENERGÍA S.A.S. E.S.P |
| NIT: 900713658 | NIT: 900305404 |
| VALUE OF THE ELECTRONIC INVOICE: 30777611352 | METHOD OF PAYMENT: ON CREDIT |
| CURRENCY: COP | ELECTRONIC INVOICE DUE DATE 2023-02-14 UTC-5 |

**FACT 7:**   On January 31, 2023, VP INGENERGÍA SAS ESP acknowledged receipt of Electronic Sales Invoice CNEG-191, as evidenced in the Certificate of Existence of Electronic Invoice; see, for ease of reference, the relevant paragraph below:

| | |
|---|---|
| **EVENT 030: Acknowledgment of receipt of the Electronic Sales Invoice** | |
| CUDE 0f060cf3a40dd43021ab335b6d759822ccfb14dde5d11cc29b7c 8d0e7a5a3c447ee35741íccf4fc976e9a72f9ca7916e | PARTIES INVOLVED IN THE EVENT: VP INGENERGÍA S.A.S. E.S.P. |
| | ENTITY VALIDATING THE EVENT: SPECIAL ADMINISTRATIVE UNIT FOR NATIONAL TAX AND CUSTOMS. |
| VALIDATION DATE: 2023-01-31 04:29:10.000 UTC-5 | |
| | EVENT RECIPIENT: CNE OIL & GAS SAS |
| NOTIFICATION OF VALIDATION BY DIAN: | |
| [Icon] Document validated by DIAN | |

**FACT 8:**   VP INGENERGÍA SAS ESP also confirmed receipt of the goods on January 31, 2023. For ease of reference, see the relevant paragraph in the Certificate of Existence of Electronic Invoice below:

[Logo: **DRET** Legal
Ally Law]

| EVENT 032: Receipt of the goods or rendering of the service | |
|---|---|
| | **PARTIES INVOLVED IN THE EVENT:** VP INGENERGÍA S.A.S. E.S.P. |
| CUDE: 21e45745bbc269f045acba8057b9e7d931a90eabc2a8a43ac9f3 14e7563080470ef44537a7df7d45e5313ac4056021b4 | **ENTITY VALIDATING THE EVENT:** SPECIAL ADMINISTRATIVE UNIT FOR NATIONAL TAX AND CUSTOMS. |
| **VALIDATION DATE:** 2023-01-31 04:39:12.000 UTC-5 | **EVENT RECIPIENT:** CNE OIL & GAS S A S |
| **NOTIFICATION OF VALIDATION BY DIAN:** [Icon] Document validated by DIAN | |

**FACT 9:**   Likewise, on January 31, 2023, VP INGENERGÍA SAS ESP expressly accepted Electronic Sales Invoice CNEG-191. For ease of reference, see the relevant paragraph in the Certificate of Existence of Electronic Invoice below:

| EVENT 033: Explicit acknowledgment of receipt of the Electronic Sales Invoice | |
|---|---|
| | **PARTIES INVOLVED IN THE EVENT:** VP INGENERGÍA S.A.S. E.S.P. |
| CUDE: 2d93a69dc254571aa5f217d2cb6b1fcd2cf2796f57d95aeec1df9 2db51af934bbb8d91569effeb98c2e8ac97e2279bea | **ENTITY VALIDATING THE EVENT:** SPECIAL ADMINISTRATIVE UNIT FOR NATIONAL TAX AND CUSTOMS. |
| **VALIDATION DATE:** 2023-01-31 04:39:48.000 UTC-5 | **EVENT RECIPIENT:** CNE OIL & GAS S A S |
| **NOTIFICATION OF VALIDATION BY DIAN:** [Icon] Document validated by DIAN | |

**FACT 10:**   For all the above, Electronic Sales Invoice CNEG-191 is a negotiable instrument with executive force, as shown on its RADIAN certificate, which can be viewed by the office at the following link (*click here*). See the RADIAN screenshot below:

[Logo: **DRET** Legal
Ally Law]

| | | |
|---|---|---|
| **DIAN** | CUFE:<br>aa1f5d306dbd88c851f8e974b<br>10fc2a6e3604394bf0da308399338903186<br>d69943dddc73b66f169d43ec30f87e2a8f98 | **Electronic invoice**<br>Series: CNEG<br>Page: 191<br>Electronic invoice issued on: 01/18/2023 |

<span style="color:green">[Icon] Download PDF</span>

| **ISSUER'S DATA** | **RECIPIENT'S DATA** | **TOTAL AND TAX** |
|---|---|---|
| NIT: 900713658 | NIT: 900305404 | VAT: $0 |
| Name: CNE OIL & GAS SAS | Name: VP INGENERGÍA SAS. E.S.P | **Total: 530,777,611,352** |

STATUS IN THE ELECTRONIC INVOICE REGISTER

[Icon]          [Icon]
Electronic     Security
Invoice

Legitimate Current Holder: CNE OIL & GAS S A S

**FACT 11:**   On February 14, 2023, VP INGENERGÍA SAS ESP paid the amount of COP $14,942,021,755 (FOURTEEN THOUSAND NINE HUNDRED AND FORTY-TWO MILLION TWENTY-ONE THOUSAND SEVEN HUNDRED AND FIFTY-FIVE PESOS) for Electronic Sales Invoice CNEG-191 .

**FACT 12:**   On March 14, 2023, VP INGENERGÍA SAS ESP paid the amount of $1,022,331,789 COP (ONE BILLION TWENTY-TWO MILLION THREE HUNDRED THIRTY-ONE THOUSAND SEVEN HUNDRED EIGHTY-NINE PESOS) for Electronic Sales Invoice CNEG-191.

**FACT 13:**   To date VP INGENERGÍA SAS ESP owes CNE OIL & GAS SAS the amount of COP $14,813,257,808 (FOURTEEN THOUSAND EIGHT HUNDRED THIRTEEN MILLION TWO HUNDRED FIFTY-SEVEN THOUSAND EIGHT HUNDRED EIGHT PESOS), as stated in the annotation to which, according to the Law *(sect. 774(3) C.Co.)*. Reference is made to the Invoice and the relevant section below:

| | | |
|---|---|---|
| | Total Lines | 1 |
| | Gross/Subtotal | 30,777,611,352.00 |
| | VAT | 0.00 |
| | Discounts | 0.00 |
| [QR Code] | Charges | 0.00 |
| | Base+ Charges– Discounts | 0.00 |
| | Gross + Tax | 30,777,611,352.00 |
| | Total Advance Payments | 0.00 |
| | Total Payable: | 30,777,611,352.00 |
| | Currency | COLOMBIAN PESOS |

TOTAL: THIRTY THOUSAND SEVEN HUNDRED AND SEVENTY-SEVEN MILLION SIX HUNDRED AND ELEVEN THOUSAND THREE HUNDRED AND FIFTY-TWO COLOMBIAN PESOS.

Remarks:

MAJOR TAXPAYER OF THE BOGOTA TAX AUTHORITY BY RESOLUTION DDI-023769 OF NOVEMBER 29, 2021.
MAJOR TAXPAYER OF THE NATIONAL TAX DIRECTORATE DIAN BY RESOLUTION 012220 OF DECEMBER 26, 2022

Partial payment for COP$ 14,942,021,755 on February 14, 2023, and for COP$ 1,022,331,789 on March 14, 2023. As of March 14, 2024, the amount of COP$ 14,813,257,808 is due.

[Logo: **DRET** Legal
Ally Law]

**FACT 14:**   VP INGENERGÍA SAS ESP has refused to pay the balance of the aforementioned invoice claiming that it is not responsible for it.

**FACT 15:**   There is no reason for VP INGENERGÍA SAS ESP to refuse payment as the gas invoiced was indeed delivered at the time.

**FACT 16:**   The above is VP INGENERGÍA SAS ESP's systematic conduct, due to which CNE OIL & GAS SAS has had to claim judicially the payment to VP INGENERGÍA SAS ESP of gas amounts that it has commercialized in the market and now refuses to pay.

## IV. LEGAL GROUNDS

Sections 422 et seq, of the General Procedural Code, as well as other concordant or complementary regulations.

## V. AMOUNT

The present proceeding is of *major amounts* since the claims exceed 150 minimum wages, as the value of the gas sold by CNE OIL & GAS S.A.S. amounts to COP $14,813,257,808.

## VI. PRECAUTIONARY MEASURES

We request the Office to order the following precautionary measures:

**6.1.**   Seizure and sequestration of any funds, money, assets, stakes, interests, credits of any nature, including both gas quantities and money, and/or similar that VP INGENERGÍA S.A. E.S.P. has with respect to the following parties:

[Logo: **DRET** Legal
Ally Law]

a) TERMOBARRANQUILLA SA ESP
b) ECOPETROL SA
c) REFINERIA DE CARTAGENA SAS
d) TERMOFLORES SA ESP
e) TERMOCANDELARIA SCA ESP
f) HOCOL SA
g) TERMOELÉCTRICA EL TESORITO SAS ESP
h) CALAMARÍ LNG SA ESP
i) LNG ENERGY GROUP

For this purpose, we request that the respective orders be sent to the above companies.

**6.2.**   Order the registration of the claim in the registry of the Colombian Natural Gas Market Manager of the Colombian Commercial Exchange, who is responsible for collecting, centralizing and making public the transactional and operational information of the gas sector in Colombia and who is in charge of registering the information related to these operations. For such purposes, we request that the Colombian Commercial Stock Exchange be notified.

**6.3.**   The seizure of gas over which VP INGENERGÍA SA ESP has rights or has purchased for any reason from the following parties:

a) HOCOL SA
b) SOCIEDAD PORTUARIA EL CALLAO SA ESP
c) CALAMARÍ LNG SA ESP
d) LNG ENERGY GROUP

For this purpose, we request that the respective official letters be sent to the above companies.

**6.4.**   The seizure of any gas over which VP INGENERGÍA SA ESP is entitled for any notion, which is being transported in the national territory by the following parties:

a) TRANSPORTADORA DE GAS INTERNACIONAL SA ESP
b) PROMIGAS SA ESP
c) TRANSPORTADORA DE METANO ESP

[Logo: **DRET** Legal
Ally Law]

For this purpose, we request that the respective official letters be sent to the above companies.

**6.5.**    The seizure and sequestration of any account payable, balance, commission, fee, credit, resource retained in guarantee and/or any emolument or item in favor of the following parties for any notion in favor of VP INGENERGÍA S.A. E.S.P.:

a) VANTI SA ESP
b) SURTIGAS SA ESP
(c) EMPRESAS PUBLICAS DE MEDELLIN ESP

For this purpose, we request that the respective orders be sent to the above companies.

**6.6.**    The seizure and subsequent sequestration of the money deposited in checking or savings accounts, term deposits, whether electronic or physical, of any kind or any other banking or financial title held by VP INGENERGÍA S.A. E.S.P. in the following banks. Likewise, the seizure of any fiduciary right, stake, or investment of any kind that the defendant may have in collective investment funds, private equity funds, autonomous assets and trusts managed by the following trust companies or brokerage firms, to which end I request that the respective orders be sent to them:

a) BANCO DE BOGOTÁ
b) BANCO POPULAR S.A.
c) ITAÚ COLOMBIA S.A.
d) BANCOLOMBIA S.A.
e) CITIBANK-COLOMBIA
f) BANCO GNB SUDAMERIS S.A.
g) BANCO DE OCCIDENTE S.A.
h) BANCO CAJA SOCIAL S.A.
i) BANCO DAVIVIENDA S.A.
j) SCOTIABANK COLPATRIA S.A.
k) BANCO AGRARIO DE COLOMBIA S.A.
l) BANCO COMERCIAL AV VILLAS S.A.

m) BANCO BBVA
n) BANCO SANTANDER DE NEGOCIOS COLOMBIA S.
o) CORPORACIÓN FINANCIERA COLOMBIANA S.A.
p) BANCA DE INVERSIÓN BANCOLOMBIA S.A.
q) BNP PARIBAS COLOMBIA CORPORACIÓN FINANCIERA S.A.
r) CORPORACIÓN FINANCIERA GNB SUDAMERIS S.A.
s) CORPORACIÓN FINANCIERA DAVIVIENDA S.A.

**6.7.** The seizure and subsequent sequestration of 100% of the securities (*shares, bonds, and/or any other securities*), investments, stakes, share percentages, units, units of participation, contributions, etc., whether in collective investment funds, mandates, private equity funds, joint venture accounts, management contracts, investment contracts, investment trusts, autonomous assets, fiduciary assignments of any kind and/or any other title of which VP INGENERGÍA S.A. E.S.P. is holder, trustor or contributor that are being managed, held, invested or deposited under any title through the following fiduciary entities, to which end I request that the respective orders be sent to them:

a) BBVA ASSET MANAGEMENT S.A. SOCIEDAD FIDUCIARIA.
b) FIDUCIARIA COLMENA S.A.
c) SKANDIA SOCIEDAD FIDUCIARIA S.A.
d) FIDUCIARIA LA PREVISORA S. A.
e) ALIANZA FIDUCIARIA S.A.
f) FIDUCIARIA POPULAR S.A.
g) FIDUCIARIA CORFICOLOMBIANA S.A.
h) FIDUCIARIA DE OCCIDENTE S.A.
i) FIDUCIARIA BOGOTÁ S.A.
j) ITAÚ FIDUCIARIA COLOMBIA S.A. SOCIEDAD FIDUCIARIA
k) CITITRUST COLOMBIA S.A. SOCIEDAD FIDUCIARIA
l) FIDUCIARIA SCOTIABANK COLPATRIA S.A.
m) FIDUCIARIA BANCOLOMBIA S.A. SOCIEDAD FIDUCIARIA
n) ACCIÓN SOCIEDAD FIDUCIARIA S.A.
o) SERVITRUST GNB SUDAMERIS S.A.
p) FIDUCIARIA CENTRAL S.A.
q) SOCIEDAD FIDUCIARIA DE DESARROLLO AGROPECUARIO S.A.
r) FIDUCIARIA COLOMBIANA DE COMERCIO EXTERIOR S.A. FIDUCOLDEX
s) FIDUCIARIA DAVIVIENDA S.A.

[Logo: **DRET** Legal
Ally Law]

t) FIDUCIARIA SURA S.A.
u) CREDICORP CAPITAL FIDUCIARIA S.A.
v) BNP PARIBAS SECURITIES SERVICES SOCIEDAD FIDUCIARIA S.A.
w) BTG PACTUAL SOCIEDAD FIDUCIARIA S.A.
x) FIDUCIARIA COOMEVA S.A.

**6.8.** The seizure and subsequent sequestration of 100% of the securities (*shares, bonds, and/or any other security*), investments, stakes, share percentages, units, participation units, contributions, etc., whether in collective investment funds, mandates, mandates, private equity funds, participation accounts, management contracts, investment contracts, investment trusts of any kind and/or any other title of which VP INGENERGÍA S.A. E.S.P. is the owner, trustor or contributor that are being managed, kept, invested or deposited under any title through the following brokerage firms, to which end I request that the respective orders be sent to them:

a) BOLSA DE VALORES DE COLOMBIA SA
b) DEPÓSITO CENTRALIZADO DE VALORES DE COLOMBIA DECEVAL SA
c) ACCIONES Y VALORES SA COMISIONISTAS DE BOLSA
d) UALET SA COMISIONISTA DE BOLSA
e) PROGRESIÓN SOCIEDAD COMISIONISTA DE BOLSA SA
f) BTG PACTUAL SA COMISIONISTA DE BOLSA
g) COMPAÑÍA DE PROFESIONALES DE BOLSA SA COMISIONISTA DE BOLSA
h) VALORES BANCOLOMBIA SA COMISIONISTA DE BOLSA
i) CORREDORES DAVIVIENDA SA COMISIONISTA DE BOLSA
j) BBVA VALORES COLOMBIA SA COMISIONISTA DE BOLSA
k) CREDICORP CAPITAL COLOMBIA SA
l) COMPASS GROUP SA COMISIONISTA DE BOLSA
m) ALIANZA VALORES COMISIONISTA DE BOLSA SA
n) GLOBAL SECURITIES SA COMISIONISTA DE BOLSA
o) CITIVALORES SA COMISIONISTA DE BOLSA
p) CASA DE BOLSA SA SOCIEDAD COMISIONISTA DE BOLSA
q) ITAÚ COMISIONISTA DE BOLSA COLOMBIA SA
r) SERVIVALORES GNB SUDAMERIS SA COMISIONISTA DE BOLSA
s) SCOTIA SECURITIES (COLOMBIA) SA SOCIEDAD COMISIONISTA DE BOLSA
t) SKANDIA VALORES SA SOCIEDAD COMISIONISTA DE BOLSA
u) LARRAÍN VIAL COLOMBIA SA SOCIEDAD COMISIONISTA DE BOLSA DE VALORES

[Logo: **DRET** Legal
Ally Law]

**6.9.** The seizure of VP INGENERGÍA S.A. E.S.P.'s real estate subject to registration. For this purpose, I request that the Public Instruments Registry Offices of Bogotá Norte, Bogotá Zona Centro, Bogotá Zona Sur, and the Public Instruments Office of Barranquilla and Bucaramanga be requested, so that the respective Registrars provide information regarding the assets over which the defendant may have a right of ownership, to which end I request that the respective orders be issued.

**6.10.** The seizure and subsequent sequestration of VP INGENERGÍA S.A. E.S.P.'s commercial premises. Pursuant to sect. 595(8) CGP, we request that the administration of the company or of the establishment be handed over to a receiver appointed by the Office. We thank the Office for issuing the respective orders for the Chamber of Commerce of Bogota, Barranquilla and Bucaramanga to record the requested precautionary measure.

Pursuant to section 590 CGP, the judge will assess *"(...) the standing or interest of the parties to act*, *the existence of a threat or violation of the law, fumus boni iuris*, as well as *the necessity, effectiveness and proportionality of the measure (...)"*. The request meets the above requirements to the extent that:

CNE OIL & GAS SAS has *an interest in acting* since it is a creditor of the express, clear and currently enforceable payment obligation that is the object of this proceeding.

*The right of* CNE OIL & GAS SAS could be violated should VP INGENERGÍA S.A. E.S.P. modify its financial conditions to the detriment of the effective payment of the claims of this lawsuit.

*Fumus boni iuris* applies since the obligation is enforceable as the Contract and the invoice show that VP INGENERGÍA SA ESP is a debtor of CNE OIL & GAS SAS.

The measures are *necessary and effective* since it is the only way to ensure the payment of VP INGENERGÍA SA ESP's debt.

The measures are *proportional* as they are not excessive.

We request that the respective precautionary measures up to the amounts provided by law for this purpose be implemented.

[Logo: **DRET** Legal
Ally Law]

## VII. EVIDENCE

Documents and/or annexes submitted with this claim.

9.1. Power of attorney from CNE OIL & GAS SAS to DRET LEGAL SAS.

9.2. Certificate of existence and representation of CNE OIL & GAS SAS.

9.3. Certificate of existence and representation of DRET LEGAL SAS.

9.4. Certificate from the National Registry of Attorneys of the respective attorney.

9.5. Certificate of existence and representation of VP INGENERGÍA SA ESP.

9.6. Electronic sales invoice CNEG-191.

9.7. Certificate of existence of the electronic invoice as a security.

The above documentary evidence can be downloaded from the following link which we have enabled, especially for this process:

https://dret0.sharepo¡nt.com/:f:/g/EvTf8oNO¡5dCqWLgGwEMMeABqnJMamgHjNBAkLfbd-4oIg?e=GRfZfC

## VIII. NOTICE OR SUMMONS ADDRESS

The information below regarding the place of notification and the e-mail addresses of each party was obtained from the respective commercial registries.

**1.1    CNE OIL & GAS SAS:**

| Physical address | Calle 113 No. 7 - 45 Tower B floor 1501 Bogota D.C. |
|---|---|
| Telephone | 6211747 |
| E-mail for notifications | notificacionesjudiciales@canacolenergy.com |
| Proxy's email | juan.mendoza@dret.legal |

**1.2.    VP INGENERGÍA SA ESP:**

| Physical address | Avenida Carrera 9 115 06 Office 801 Building |
|---|---|

[Logo: **DRET** Legal
Ally Law]

|  | Tierra Firme Bogotá D.C. |
|---|---|
| Telephone | 2624673 |
|  | 6476968 |
|  | 3167444548 |
| E-mail for notifications | financiera@vpsa.co |

Since CNE OIL & GAS SAS is applying for an order of precautionary measures, there is no need to simultaneously send this claim and its annexes to VP INGENERGÍA SA ESP in accordance with sect. 6(5) of Law 2213 of 2022.


Respectfully addressed to the Judge,



[Signature]
Juan Mendoza-Gómez
ID No. 80.180.157
TP 144.959 CS of the J
Registered attorney from DRET LEGAL SAS, the proxy for CNE OIL & GAS SAS.

Docusign Envelope ID: 20E6869D-777A-4B53-A8C0-C027EA9D1791

**◉ BOETHIUS**

# CERTIFICATION

**BOETHIUS TRANSLATIONS**

**Boethius, Inc.**
**255 Aragon Avenue, 2nd Floor**
**Coral Gables, Florida, 33134.**

This Translation Certificate confirms the included documents have been completed in agreement with our standardised quality assurance practices and are, to the best knowledge and belief of all Boethius employees engaged in this project, full and accurate translations of the source material.

| | | |
|---|---|---|
| 1 | 1. CNE. Demanda Ejecutiva VP - Factura 191 | ES>EN |
| 2 | 1. Demanda Ejecutiva VP - Contrato Firme 2022 VF | ES>EN |
| 3 | 1. Demanda Ejecutiva VP (pagaré) | ES>EN |
| 4 | Ampliación estafa 3-4-24 | ES>EN |
| 5 | Ampliación estafa 13-2-24 | ES>EN |
| 6 | Denuncia - Concierto para delinquir | ES>EN |
| 7 | Denuncia alzamiento de bienes | ES>EN |
| 8 | Denuncia Estafa - Canacol | ES>EN |

DocuSigned by:

*Marcos Guntin*

C9CF310DD41447E...

SIGNATURE

| | |
|---|---|
| Name: | Marcos Guntin |
| Title: | President |
| Company: | Boethius, Inc. |
| Email: | mguntin@boethiustranslations.com |