# EXHIBIT 2A

[Logo: DRET Legal]

To the
**Circuit Civil Judge (WHOSE TURN IT IS IN THE ROTATION)**
Bogotá D.C.

| | |
|---|---|
| **Proceedings:** | Executive of Major Amounts |
| **Claimants:** | CNE OIL & GAS S.A.S. and CNEOG COLOMBIA. SUCURSAL COLOMBIA |
| **Defendant:** | VP INGENERGÍA S.A. E.S.P. |

CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA are suing VP INGENERGÍA S.A. E.S.P. in an executive major amount proceeding.

## I. PARTIES

1.1.    **Claimants**

| CNE OIL & GAS SAS | |
|---|---|
| NIT | 900.713.658-0 |
| Legal representative | Andrés Valenzuela Pachón |
| ID number | 79,657,288 |
| Address | Bogotá D.C. |
| Email for notification | notificacionesjudiciales@canacolenergy.com |
| Proxy | DRET LEGAL SAS through Juan Mendoza Gómez |
| E-mail address | juan.mendoza@dret.legal |

| CNEOG COLOMBIA SUCURSAL COLOMBIA | |
|---|---|
| NIT | 900.276.770-2 |
| Legal representative | Andrés Valenzuela Pachón |
| ID number | 79,657,288 |
| Address | Bogotá D.C. |
| Email for notification | notificacionesjudiciales@canacolenergy.com |
| Proxy | DRET LEGAL SAS through Juan Mendoza Gómez |
| E-mail address | juan.mendoza@dret.legal |

1.2.    **Defendant**

| VP INGENERGÍA SAS ESP | |
|---|---|
| Address | Bogotá D.C. |
| NIT | 900.305.404-7 |
| Legal representative | Álvaro Augusto Vargas Bravo |
| ID number | 91,241,213 |
| Notification address | Avenida Carrera 9 115 06 Office 801 Building Tierra Firme |
| Email for notification | financiera@vpsa.co |

## II. PETITIONS

**One.**   To issue a payment order in favor of CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA and against VP INGENERGÍA SAS ESP for the following amounts:

1.1. COP $36,077,009,198 (*THIRTY-SIX THOUSAND SEVENTY-SEVEN MILLION NINE THOUSAND ONE HUNDRED AND NINETY-EIGHT PESOS*) corresponding to the value of Promissory Note No. CNEOG-CI-VP-01-2022.

1.2. Default interest at the maximum legal rate of commercial interest on the balances due and proportionally to the time elapsed from the date of payment obligation and until the date on which payment is made in accordance with clause 8.2 of the Contract.

**Two.**   To order VP INGENERGÍA SAS ESP to pay the above amounts.

**Three.**   To order VP INGENERGÍA SAS ESP to pay costs and legal representation costs.

## III. FACTS

FACT 1:   On December 21, 2022, CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA as seller and VP INGENERGÍA S.A. E.S.P. as buyer, entered into Contract No. CNEOG-CI-VP-01-2022 (the "Contract").

FACT 2: The Contract has as its object the interruptible supply of gas by CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA to VP INGENERGÍA S.A. E.S.P. under the agreed terms and conditions.

FACT 3: According to paragraph 2 of Chapter III of the Contract, it is the obligation of VP INGENERGÍA S.A. E.S.P. to pay CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA, without any condition, the quantities of gas delivered that were requested 72 hours in advance. For ease of reference, the relevant paragraph of the Order is given below:

> **Paragraph Two.** For all purposes, if the BUYER requests, via e-mail or through the LudyCommerce platform, up to the GDC at least 72 hours prior to the Gas Day, these quantities shall become take-or- quantities for the Parties. In this case, the SELLER shall be required to have available and supply the requested quantities at the Delivery Point set forth in clause 7.2 of this Contract. As consideration, the BUYER shall be obliged to pay for the quantities requested in advance. In addition, if the BUYER does not take the requested quantities it shall pay for them and may take them as Gas Paid for and not Taken in accordance with the provisions of Contract CNEOG-CF-VP-01-2022.

FACT 4: Pursuant to clause 8.5. of the Contract, in order to guarantee the payment of the obligations arising from the same VP INGENERGÍA S.A. E.S.P. issued and delivered to CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA Promissory Note No. CNEOG-CI-VP-01-2022 with letter of instructions (the "Promissory Note").

FACT 5: According to numeral 4.a of the letter of instructions, CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA may complete the promissory note upon the default of VP INGENERGÍA S.A. E.S.P. of any obligation under the Contract. For ease of reference for the Office, we give the relevant section of the letter of instructions below:

> 4. CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA, may fill the Promissory Note indicated in the reference and initiate its executive collection according to the provisions of Article 780 of the Code of Commerce, in any of the following circumstances: a) Default in the payment of one or more invoices, default interest or any other type of existing obligation with the Creditors that has its origin in the NATURAL GAS SUPPLY CONTRACT WITH MANDATORY DELIVERY AND PAYMENT LIABILITIES No. CNEOG-Cl-VP-01-2022; b) For drawing checks in favor of the Creditors without a sufficient provision of funds or if these are returned in the event that they are not paid in full. CNEOG-Cl-VP-01-2022; b) For the drawing of checks favor of the Creditors without sufficient provision of funds or if these are returned for any reason, c) If the Grantor commits inaccuracy in balances, reports, declarations or documents presented or submitted by the Creditors and there are pending payment obligations with the Creditors, d) The existence of any grounds established in the law, its regulations, or provisions by the competent authority.

FACT 6: During the months of October and November 2023, CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA delivered to VP INGENERGÍA S.A. E.S.P. the requested gas.

FACT 7: CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA charged VP INGENERGÍA S.A. E.S.P. the value of the gas delivered and its transportation through the following invoices:

   A. Invoice CNSC-407 dated November 16, 2023, corresponding to gas supplied from October 1 to 30, 2023, for COP$ 11,095,414,235.
   B. Invoice CNSC-420 dated November 17, 2023, corresponding to the transportation of gas supplied from October 1 to 30, 2023, in the amount of COP$ 1,864,555,188.
   C. Invoice CNSC-444 dated December 13, 2023, corresponding to gas supplied from November 1 to 30, 2023, for COP$ 18,190,207,599.
   D. Invoice CNSC-450 dated December 13, 2023, for the transportation of gas supplied from November 1 to 30, 2023, in the amount of COP$ 4,926,832,176.00.

FACT 8: The payment of the above amounts is not subject to any condition or exception that would make it possible or justify that VP INGENERGÍA S.A. E.S.P. refuse to pay them, which should proceed immediately upon request of CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA.

FACT 9: The payment obligation of VP INGENERGÍA S.A. E.S.P. has become due, since the gas corresponding to the months of October and November 2023 has already been delivered to it. At this point, the consideration to which CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL are entitled became due.

FACT 10: VP INGENERGÍA S.A. E.S.P. has filed a complaint against the content of each of the invoices sent by CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA for reasons that are not supported by the terms of the Contract, arguing that they are not aware that the payment is due from the sole fact of the delivery of the gas that is the object of the Contract. The reasons given by VP INGENERGÍA S.A.S. E.S.P. were summed up in its communication of December 15, 2023, in which it stated the following:

[Logo: DRET Legal]

---

**Bogota D.C., December 15, 2023**

**ANDRÉS VALENZUELA PACHÓN**
CNE OIL & GAS S.AS.
avalenzuela@canacolenergy.com
*Sent by e-mail*

**Subject:** Rejection of Invoice No CNEG-510

In line with the response given to the settlement, we categorically reject the invoice specified.

To date, CNE OIL & GAS S A S ("Canacol") is in serious default of its contractual obligations, which VP INGENERGÍA S.A.S E.S.P. ("VP") has fully honored. In addition, Canacol and CNEOG COLOMBIA SUCURSAL COLOMBIA currently owe VP a sum in excess of USDS 38,000,000 that were effectively invoiced, plus values for Gas Paid Not Taken, penalties and other damages, which must be recognized in the settlement and invoicing process during the period charged.

Sincerely yours,

[Signature]
Patricia Cristina Peña Anaya
Vice president and Legal Representative

---

FACT 11: In view of VP INGENERGÍA S.A. E.S.P.'s failure to fulfill its payment obligations and in order to achieve the actual payment of the gas that was already delivered, CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA have completed the blank promissory note according to their letter of instructions, for the values of the debt due at the time when it was completed, equal t to COP$ 36,077,009,198 (*THIRTY SIX THOUSAND SEVENTY SEVEN MILLION NINE THOUSAND ONE HUNDRED AND NINETY EIGHT PESOS*).

## IV. LEGAL GROUNDS

Sections 422 et seq of the General Procedural Code, as well as other concordant or complementary regulations.

## V. AMOUNT

[Logo: DRET Legal]

The present proceeding is for a *major amount* since the claims exceed 150 minimum salaries as explained in the following table:

| Security | Payable |
|---|---|
| Promissory Note No. CNEOG-CI-VP-01-2022 | $ 36,077,009,198 |

## VI. PRECAUTIONARY MEASURES

We request that the Office order the following precautionary measures:

6.1. The seizure and subsequent sequestration of the money deposited in checking or savings accounts, term deposits, electronic or physical, of any kind or any other banking or financial title that VP INGENERGÍA S.A. E.S.P. has in the following financial institutions, for which I request that the respective orders we send to the following.

    6.1.1. Banks:

        a. BANCO DE BOGOTÁ
        b. BANCO POPULAR S.A.
        c. ITAÚ COLOMBIA S.A., IS A COLOMBIAN STOCK CORPORATION. ITAÚ COLOMBIA S.A. MAY USE ANY OF THE FOLLOWING NAMES: ITAÚ; BANCO ITAÚ.
        d. BANCOLOMBIA S.A. OR BANCO DE COLOMBIA S.A. OR BANCOLOMBIA
        e. CITIBANK-COLOMBIA - CITIBANK
        f. BANCO GNB SUDAMERIS S.A. WHICH MAY USE THE NAME BANCO GNB SUDAMERIS OR SUDAMERIS, WHETHER OR NOT FOLLOWED BY THE TERMS SOCIEDAD ANÓNIMA OR THE ABBREVIATION S.A.
        g. BANCO BILBAO VIZCAYA ARGENTARIA COLOMBIA S.A. MAY USE THE NAME BBVA COLOMBIA.
        h. BANCO DE OCCIDENTE S.A.
        i. BANCO CAJA SOCIAL S.A. WHICH MAY USE THE NAME BANCO CAJA SOCIAL S.A.
        j. BANCO DAVIVIENDA S.A. "BANCO DAVIVIENDA" OR "DAVIVIENDA".
        k. SCOTIABANK COLPATRIA S.A.
        l. BANCO AGRARIO DE COLOMBIA S.A. -BANAGRARIO-
        m. BANCO COMERCIAL AV VILLAS S.A. MAY OPERATE UNDER THE NAME BANCO DE AHORRO Y VIVIENDA AV VILLAS, BANCO AV VILLAS OR AV VILLAS.
        n. "BANCIEN S.A." AND/OR "BAN100" TRANSITIONAL PARAGRAPH: IN ADDITION TO THE

      NAME"BANCIEN S.A." AND/OR "BAN100 S.A.", THE COMPANY MAY USE INTERCHANGEABLY AND FOR ALL REQUIRED LEGAL PURPOSES THIS NAME AND/OR "BAN100 S.A.", THE COMPANY MAY USE INTERCHANGEABLY AND FOR ALL REQUIRED LEGAL PURPOSES THIS NAME AND/OR ITS PREVIOUS NAME "BANCO CREDIFINANCIERA S.A.", FOR A TERM OF ONE (1) YEAR AS FROM THE DATE OF THE NOTARIZATION OF THE RESPECTIVE STATUTORY REFORM BY MEANS OF A PUBLIC DEED.

  o. BANCO DE LAS MICROFINANZAS -BANCAMÍA S.A.
  p. BANCO  W S.A.
  q. BANCO  COOMEVA S.A. - ABBREVIATION   "BANCOOMEVA"
  r. BANCO  FINANDINA S.A. OR FINANDINA  ESTABLECIMIENTO BANCARIO
  s. BANCO  FALABELLA S.A.
  t. BANCO  PICHINCHA S.A.
  u. EL BANCO COOPERATIVO COOPCENTRAL ABBREVIATION: COOPCENTRAL
  v. BANCO SANTANDER DE NEGOCIOS COLOMBIA S.A. ABBREVIATIONS OR NAMES: BANCO SANTANDER OR SANTANDER
  w. "BANCO MUNDO MUJER S.A." NAME OF "MUNDO MUJER EL BANCO DE LA COMUNIDAD" OR "MUNDO MUJER"
  x. BANCO DE LA MICROEMPRESA DE COLOMBIA S.A. ABBREVIATION: "MIBANCO S.A.".
  y. BANCO SERFINANZA S.A., MAY ALSO OPERATE UNDER THE NAME BANCO SERFINANZA.
  z. BANCO J.P. MORGAN COLOMBIA S.A.
  aa. LULO BANK S.A.
  bb. BANCO BTG PACTUAL COLOMBIA S.A.
  cc. BANCO UNIÓN S.A.

  6.1.2. Financial Corporations

    a. CORPORACIÓN FINANCIERA COLOMBIANA S.A. MAY USE THE ABBREVIATIONS CORFICOLOMBIANA S.A. OR CORFICOL S.A.
    b. BANCA DE INVERSIÓN BANCOLOMBIA S.A. CORPORACIÓN FINANCIERA, MAY USE THE ABBREVIATION BANCA DE INVERSIÓN BANCOLOMBIA CORPORACIÓN FINANCIERA.
    c. BNP PARIBAS COLOMBIA CORPORACIÓN FINANCIERA S.A. MAY USE THE ABBREVIATION BNP PARIBAS COLOMBIA.
    d. CORPORACIÓN FINANCIERA GNB SUDAMERIS S.A.
    e. CORPORACIÓN FINANCIERA DAVIVIENDA S.A.

6.2.  The seizure and subsequent sequestration of 100% of the securities (*stocks, bonds, and/or any other securities*), investments, stakes, share percentages, units, participation units, contributions, etc., whether in collective investment funds, mandates, commissions, private equity funds, joint venture accounts, management contracts, investment contracts, investment trusts of

[Logo: DRET Legal]

any type and/or any other title of which VP INGENERGÍA S.A. E.S.P. is a holder, trustee, or contributor which are being managed, held, invested or deposited in any capacity through the following fiduciary entities, to which end I request that the respective orders be sent to the following entities:

a. BBVA ASSET MANAGEMENT S.A. SOCIEDAD FIDUCIARIA. INTERCHANGEABLY BBVA ASSET MANAGEMENT OR BBVA FIDUCIARIA.
b. FIDUCIARIA COLMENA S.A. -COLMENA FIDUCIARIA-
c. SKANDIA SOCIEDAD FIDUCIARIA S.A., WHICH MAY OPERATE UNDER THE ABBREVIATION SKANDIA FIDUCIARIA S.A.
d. FIDUCIARIA LA PREVISORA S. A.
e. ALIANZA FIDUCIARIA S.A.
f. FIDUCIARIA POPULAR S.A. -FIDUCIAR S.A.-
g. FIDUCIARIA CORFICOLOMBIANA S.A.
h. FIDUCIARIA DE OCCIDENTE S.A. -FIDUOCCIDENTE S.A.-.
i. FIDUCIARIA BOGOTÁ S.A.
j. ITAÚ FIDUCIARIA COLOMBIA S.A. SOCIEDAD FIDUCIARIA, WHICH MAY USE THE NAME ITAÚ FIDUCIARIA
k. CITITRUST COLOMBIA S.A. SOCIEDAD FIDUCIARIA
l. "FIDUCIARIA SCOTIABANK SCOTIABANK COLPATRIA S.A." WHICH MAY USE ANY OF THE FOLLOWING NAMES OR ABBREVIATIONS: "SCOTIABANK FIDUCIARIA COLPATRIA", "COLPATRIA SCOTIABANK FIDUCIARIA", "FIDUCIARIA SCOTIABANK COLPATRIA", "SCOTIA TRUST COLPATRIA", "SCOTIABANK COLPATRIA TRUST, "COLPATRIA SCOTIABANK TRUST".
m. FIDUCIARIA BANCOLOMBIA S.A. SOCIEDAD FIDUCIARIA
n. ACCIÓN SOCIEDAD FIDUCIARIA S.A. OR ACCIÓN FIDUCIARIA, WHICH MAY USE THE ABBREVIATION ACCIÓN FIDUCIARIA FOR ALL LEGAL PURPOSES
o. SERVITRUST GNB SUDAMERIS S.A. "SERVITRUST GNB SUDAMERIS"
p. FIDUCIARIA CENTRAL S.A. -FIDUCENTRAL S.A.-.
q. SOCIEDAD FIDUCIARIA DE DESARROLLO AGROPECUARIO S.A. AND/OR FIDUAGRARIA S.A.
r. FIDUCIARIA COLOMBIANA DE COMERCIO EXTERIOR S.A. FIDUCOLDEX
s. FIDUCIARIA DAVIVIENDA S.A. ABBREVIATION: "FIDUDAVIVIENDA S.A.".
t. FIDUCIARIA SURA S.A.
u. CREDICORP CAPITAL FIDUCIARIA S.A.
v. BNP PARIBAS SECURITIES SERVICES SOCIEDAD FIDUCIARIA S.A. - ABBREVIATION "BPSCO"
w. BTG PACTUAL SOCIEDAD FIDUCIARIA S.A. WHICH MAY USE THE ABBREVIATION BTG PACTUAL FIDUCIARIA AS WELL AS BTG PACTUAL SF.
x. FIDUCIARIA COOMEVA S.A.
y. RENTA 4 & GLOBAL FIDUCIARIA S.A., WHICH MAY USE THE ABBREVIATION RENTA.

  4G FIDUCIARIA, R4G FIDUCIARIA; R4GLOBAL FIDUCIARIA OR RENTA4 & GLOBAL FIDUCIARIA
 z. S3 CACEIS COLOMBIA S.A. SOCIEDAD FIDUCIARIA ("FIDUCIARIA" FOR PURPOSES OF THESE BYLAWS))
 aa. ASHMORE INVESTMENT ADVISORS COLOMBIA S.A., SOCIEDAD FIDUCIARIA

6.3. The seizure and subsequent sequestration of 100% of the securities (*shares, bonds, and/or any other security*), investments, stakes, share percentages, units, participation units, contributions, etc., whether in collective investment funds, mandates, private equity funds, participation accounts, management contracts, investment contracts, investment trusts of any kind and/or any other title of which VP INGENERGÍA S.A. E.S.P. is the holder, trustor or contributor that are being managed, held, invested or deposited under any title through the following brokerage firms, to which end I request that the respective orders be sent to them:

 a. BOLSA DE VALORES DE COLOMBIA SA
 b. DEPÓSITO CENTRALIZADO DE VALORES DE COLOMBIA DECEVAL SA
 c. ACCIONES Y VALORES SA COMISIONISTAS DE BOLSA
 d. UALET SA COMISIONISTA DE BOLSA
 e. PROGRESIÓN SOCIEDAD COMISIONISTA DE BOLSA SA
 f. BTG PACTUAL SA COMISIONISTA DE BOLSA
 g. COMPAÑÍA DE PROFESIONALES DE BOLSA SA COMISIONISTA DE BOLSA h. VALORES BANCOLOMBIA SA COMISIONISTA DE BOLSA
 i. CORREDORES DAVIVIENDA SA COMISIONISTA DE BOLSA
 j. BBVA VALORES COLOMBIA SA COMISIONISTA DE BOLSA
 k. CREDICORP CAPITAL COLOMBIA SA
 l. COMPASS GROUP SA COMISIONISTA DE BOLSA
 m. ALIANZA VALORES COMISIONISTA DE BOLSA SA
 n. GLOBAL SECURITIES SA COMISIONISTA DE BOLSA
 o. CITIVALORES SA COMISIONISTA DE BOLSA
 p. CASA DE BOLSA SA SOCIEDAD COMISIONISTA DE BOLSA
 q. ITAÚ COMISIONISTA DE BOLSA COLOMBIA SA
 r. SERVIVALORES GNB SUDAMERIS SA COMISIONISTA DE BOLSA
 s. SCOTIA SECURITIES (COLOMBIA) SA SOCIEDAD COMISIONISTA DE BOLSA t. SKANDIA VALORES SA SOCIEDAD COMISIONISTA DE BOLSA
 u. LARRAÍN VIAL COLOMBIA SA SOCIEDAD COMISIONISTA DE BOLSA DE VALORES

6.4. The seizure of VP INGENERGÍA S.A. E.S.P.'s real estate subject to registration. To this end, I hereby request that the

       Bogotá Norte, Bogotá Zona Centro, and Bogotá Zona Sur Public Instrument Registry Offices be notified, in order for the respective Registrars to provide information regarding the assets over which the defendant may have ownership, to which end I request that the respective orders be sent.

6.5.    The seizure and subsequent sequestration of VP INGENERGÍA S.A. E.S.P.'s commercial premises. Pursuant to sect. 595(8) CGP, we request that the administration of the company or of the establishment be handed over to a receiver appointed by the Office. We would be grateful if the Office could send the respective orders for the Chamber of Commerce of Bogotá to proceed to register the requested precautionary measure.

Pursuant to section 590 CGP, the judge will assess *"(...) the standing or interest of the parties to act, the existence of a threat or violation of the law, fumus boni iuris, as well as the necessity, effectiveness and proportionality of the measure (...)". (...)"*. The request meets the above requirements to the extent that:

CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA have <u>*an interest in acting*</u> since they are creditors of the express, clear and enforceable obligation that is the object of these proceedings.

<u>*The rights*</u> of CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA could be violated in case VP INGENERGÍA S.A. E.S.P. alters its assets to the detriment of the effective payment of the claims of this lawsuit.

<u>*Fumus boni iuris*</u> applies since the obligation is enforceable as the promissory note No. CNEOG-CI-VP-01-2022 shows that VP INGENERGÍA S.A. E.S.P. is a debtor of CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA.

The measures are <u>*necessary and effective*</u> since it is the only way in which the payment of the obligations of VP INGENERGÍA S.A. E.S.P. can be guaranteed.

The measures are <u>*proportional*</u> as they are not excessive.

We request that the respective precautionary measures up to the amounts provided by law for this purpose be implemented.

## VII. EVIDENCE

Documents and/or annexes submitted with this claim.

9.1.  Power of attorney of CNE OIL & GAS S.A.S.
9.2.  Power of attorney of CNEOG COLOMBIA SUCURSAL COLOMBIA.
9.3.  Certificate of existence and representation of CNE OIL & GAS S.A.S.
9.4.  Certificate of existence and representation of CNEOG COLOMBIA SUCURSAL COLOMBIA.
9.5.  Certificate of existence and representation of DRET LEGAL.
9.6.  Certificate of existence and representation of VP INGENERGÍA S.A. E.S.P.
9.7.  Blank Promissory Note No. CNEOG-CI-VP-01-2022 completed.
9.8.  Letter of instruction blank promissory note No. CNEOG-CI-VP-01-2022.

The above documentary evidence can be downloaded from the following link which we have enabled, especially for this process:

https://dret0.sharepoint.com/:f:/g/EiAqAj_rdY1Bqltye6q_Ct4BiAepGJN5sbYJu35CYInpJg?e=o3o7dV

## VIII. NOTICE OR SUMMONS ADDRESS

The information below regarding the place of notification and the e-mail addresses of each party was obtained from the respective commercial registries.

8.1.  CNE OIL & GAS S.A.S.

| Physical address | Calle 113 No. 7 - 45 Tower B Floor 1501 Bogotá D.C. |
|---|---|
| Telephone | 6211747 |
| E-mail for notifications | notificacionesjudiciales@canacolenergy.com |
| Proxy's email | juan.mendoza@dret.legal |

8.2.  CNEOG COLOMBIA SUCURSAL COLOMBIA

| Physical address | Calle 113 No. 7 - 45 Tower B Floor 1501 Bogotá D.C. |
|---|---|
| Telephone | 6211747 |
| E-mail for notifications | notificacionesjudiciales@canacolenergy.com |
| Proxy's email | juan.mendoza@dret.legal |

8.3.  VP INGENERGÍA S.A. E.S.P.:

| Physical address | Avenida Carrera 9 115 06 Office 801 Building Tierra Firme Bogota D.C. |
|---|---|

[Logo: DRET Legal]

| Telephone | 2624673 |
| --- | --- |
| | 6476968 |
| | 3167444548 |
| E-mail for notifications | financiera@vpsa.co |

Since CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA are requesting the order of precautionary measures, it is not necessary to simultaneously send this claim and its annexes to VP INGENERGÍA S.A. E.S.P. (*See Section 6(4) of Decree 806 of 2020*).

Respectfully addressed to the Judge,

[Signature]
Juan Mendoza Gómez
ID No. 80.180.157
TP 144.959 CS of the J
Registered attorney of DRET LEGAL SAS, the proxy of CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA.

# CERTIFICATION

**BOETHIUS TRANSLATIONS**

**Boethius, Inc.**
**255 Aragon Avenue, 2nd Floor**
**Coral Gables, Florida, 33134.**

This Translation Certificate confirms the included documents have been completed in agreement with our standardised quality assurance practices and are, to the best knowledge and belief of all Boethius employees engaged in this project, full and accurate translations of the source material.

| | | |
|---|---|---|
| 1 | 1. CNE. Demanda Ejecutiva VP - Factura 191 | ES>EN |
| 2 | 1. Demanda Ejecutiva VP - Contrato Firme 2022 VF | ES>EN |
| 3 | 1. Demanda Ejecutiva VP (pagaré) | ES>EN |
| 4 | Ampliación estafa 3-4-24 | ES>EN |
| 5 | Ampliación estafa 13-2-24 | ES>EN |
| 6 | Denuncia - Concierto para delinquir | ES>EN |
| 7 | Denuncia alzamiento de bienes | ES>EN |
| 8 | Denuncia Estafa - Canacol | ES>EN |

DocuSigned by:
*Marcos Guntin*
C9CF310DD41447E...
_____
SIGNATURE

Name: Marcos Guntin
Title: President
Company: Boethius, Inc.
Email: mguntin@boethiustranslations.com

www.boethiustranslations.com