# EXHIBIT 3A

[Logo: DRET Legal Ally Law]

To
**Circuit Civil Judge (WHOSE TURN IT IS IN THE ROTATION)**
Bogotá D.C.

| | |
|---|---|
| **Proceedings:** | Executive of Major Amounts |
| **Claimants:** | CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA |
| **Defendant:** | VP INGENERGÍA SA ESP |

CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA are suing VP INGENERGÍA SA ESP in an executive major amount proceeding.

## I. PARTIES

1.1. **Claimants**

| CNE OIL & GAS SAS | |
|---|---|
| NIT | 900.713.658-0 |
| Legal representative | Andrés Valenzuela Pachón |
| ID number | 79,657,288 |
| Address | Bogota D.C. |
| Email for notification | notificacionesjudiciales@canacolenergy.com |
| Proxy | DRET LEGAL SAS through Juan Mendoza Gómez |
| E-mail address | juan.mendoza@dret.legal |

| CNEOG COLOMBIA SUCURSAL COLOMBIA | |
|---|---|
| NIT | 900.276.770-2 |
| Legal representative | Andrés Valenzuela Pachón |
| ID number | 79,657,288 |
| Address | Bogotá D.C. |
| Email for notification | notificacionesjudiciales@canacolenergy.com |

[Logo: DRET Legal Ally Law]

| Proxy | DRET LEGAL SAS through Juan Mendoza Gómez |
|---|---|
| E-mail address | juan.mendoza@dret.legal |

1.2. **Defendant**

| **VP INGENERGÍA SAS ESP** | |
|---|---|
| Address | Bogotá D.C. |
| NIT | 900.305.404-7 |
| Legal representative | Álvaro Augusto Vargas Bravo |
| ID number | 91,241,213 |
| Notification address | Avenida Carrera 9 115 06 Office 801 Building Tierra Firme |
| Email for notification | financiera@vpsa.co |

## II. PETITIONS

**One.** To issue a payment order in favor of CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA and against VP INGENERGÍA SAS ESP for the following amounts and/or notions:

1.1. COP$ 11,302,940,152 (ELEVEN THOUSAND THREE HUNDRED TWO MILLION NINE HUNDRED FORTY THOUSAND ONE HUNDRED AND FIFTY TWO PESOS) corresponding to the amounts due for the months of October and November 2023 by virtue of clauses 3.1 and 5.1. of Contract No. CNEOG-CF-VP-01-2022.

1.2. Default interest at the maximum legal rate of commercial interest on the balances due and proportionally to the time elapsed from the date of payment obligation and until the date on which payment is made in accordance with clause 5.2 of the Contract.

**Two.** To order VP INGENERGÍA SAS ESP to pay the above amounts.

**Three.** To order VP INGENERGÍA SAS ESP to pay costs and legal representation costs.

[Logo: DRET Legal Ally Law]

## III. FACTS

FACT 1: On December 21, 2022, CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA as seller and VP INGENERGÍA SA ESP as buyer, entered into Contract No. CNEOG-CF-VP-01-2022 (the "Contract").

FACT 2: The purpose of the Contract is for CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA to supply natural gas to VP INGENERGÍA SAS ESP.

FACT 3: As consideration, VP INGENERGÍA SAS ESP was to pay for the respective gas.

FACT 4: In clause 5.1.1 of the Contract the parties agreed that VP INGENERGÍA SAS ESP should pay, without exception, the gas volumes 20 working days after VP INGENERGÍA SA ESP received the respective *collection document*.

FACT 5: Furthermore, the parties expressly agreed in clause 5.2 of the Contract that the Contract itself, together with the *collection documents*, would have executive force.

FACT 6: Between October 1, 2023, and November 30, 2023, CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA sold under the Contract 522,786 MBTU of gas to VP INGENERGÍA SAS ESP for Cop$ 11,302,940,152.

FACT 7: CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA submitted to VP INGENERGÍA SAS ESP the respective collection documents referred to in clause 5.1.1. of the Contract initially on November 16, 2023, and December 13, 2023, and subsequently on February 5, 2024.

FACT 8: The gas sold and delivered by CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA was received without reservations or objections by VP INGENERGÍA SAS ESP.

[Logo: DRET Legal Ally Law]

| | |
|---|---|
| FACT 9: | For its part, VP INGENERGÍA SAS ESP sold the aforementioned gas to its customers in Colombia, enriching itself. |
| FACT 10: | At the time when this claim was filed, the term of 20 working days of clause 5.1.1. of the Contract for VP INGENERGÍA SAS ESP to pay CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA for the gas supplied between October and November 2023 had already expired. |
| FACT 11: | In spite of the above, and even though it was required to do so under clause 5.1.1 of the Contract, which establishes its executive force, VP INGENERGÍA SAS ESP has not paid the amounts due. |
| FACT 12: | CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA have therefore been forced to judicially enforce the Contract as the enforceable title that it is, inasmuch as the obligation to pay for the gas supplied between October and November 2023 is *clear, express* and currently *enforceable*. |
| FACT 13: | VP INGENERGÍA SAS ESP's payment obligation is *clear* as it is set out in clause 5.1.1 of the Contract in an intelligible and unequivocal manner, with no confusion in terms of the content and scope of the obligation. The subjects, the performance and the price are stated in the Contract, so that the description of the claim in favor of CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA is not obscure. |
| FACT 14: | VP INGENERGÍA SAS ESP's payment obligation is *express* since it made explicit in the Contract. It is not a presumed or tacit obligation, since the value to be paid for the gas was *expressly* agreed in clause 3.1. and the way in which the payment should be made to CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA was established in clause 5.1.1. |
| FACT 15: | The obligation is currently *due* as the term of 20 working days following the submission of the *collection documents* for the gas supplied in October and November 2023 has been exceeded, and VP INGENERGÍA SAS ESP has not made the payment. |
| FACT 16: | For these reasons, there is an executive title in favor of CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA and against VP INGENERGÍA. |

[Logo: DRET Legal Ally Law]

SAS ESP.

## IV. LEGAL GROUNDS

Sections 422 et seq of the General Procedural Code, as well as other concordant or complementary regulations.

## V. AMOUNT

This proceeding is for a *major amount* since the claims exceed 150 minimum wages, as the value of the gas sold by CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA amounts to COP$ 11,302,940,152.

## VI PRECAUTIONARY MEASURES

We request that the Office order the following precautionary measures:

6.1.   Seizure and sequestration of the resources, money, assets, participation rights, stakes, credits of any nature, including both gas quantities and money, and/or similar that VP INGENERGÍA SA ESP has with the following persons:

   a) TERMOBARRANQUILLA SA ESP
   b) ECOPETROL SA
   c) REFINERIA DE CARTAGENA SAS
   d) TERMOFLORES SA ESP
   e) TERMOCANDELARIA SCA ESP
   f) HOCOL SA
   g) THERMOELECTRIC ELTESORITO SAS ESP
   h) CALAMARÍ LNG SA ESP
   i) LNG ENERGY GROUP

| | |
|---|---|
| | For this purpose, we request that the respective orders be sent to the above companies. |
| 6.2. | Order the registration of the claim in the registry of the Colombian Natural Gas Market Manager of the Colombian Commercial Exchange, who is responsible for collecting, centralizing and making public the transactional and operational information of the gas sector in Colombia and who is in charge of registering the information related to these operations. For such purposes, we request that the Colombian Commercial Stock Exchange be notified. |
| 6.3. | The seizure of gas over which VP INGENERGÍA SA ESP has rights or has purchased for any reason from the following parties: |

      a)  HOCOL SA
      b)  SOCIEDAD PORTUARIA EL CALLAO SA ESP.
      c)  CALAMARÍ LNG SA ESP
      d)  LNG ENERGY GROUP

      For this purpose, we request that the respective orders be sent to the above companies.

6.4.    The seizure of any gas over which VP INGENERGÍA SA ESP has rights for any notion, and which is being transported in the national territory by the following parties:

      a)  TRANSPORTADORA DE GAS INTERNACIONALSA ESP
      b)  PROMIGAS SA ESP
      c)  TRANSPORTADORA DE METANO ESP

      For this purpose, we request that the respective orders be sent to the above companies.

6.5.    The seizure and sequestration of any account payable, balance in favor, commission, fee, credit, resource retained in guarantee and/or any emolument or notion in favor of the following parties for any notion in favor of VP INGENERGÍA SA ESP:

[Logo: DRET Legal Ally Law]

      a) VANTI SA ESP
      b) SURTIGAS SA ESP
      c) EMPRESAS PUBLICAS DE MEDELLIN ESP

For this purpose, we request that the respective orders be sent to the above companies.

6.6. The seizure and subsequent seizure of the money deposited in checking or savings accounts, term deposits, electronic or physical, of any kind or any other banking or financial title that VP INGENERGÍA SA ESP has in the following financial institutions. Likewise, the seizure of any fiduciary right, stake, or investment of any kind that the defendant may have in collective investment funds, private equity funds, autonomous assets and trusts managed by the following trust companies or brokerage firms, to which end I request that the respective orders be sent to them:

      a) BANCO DE BOGOTÁ
      b) BANCO POPULAR S.A.
      c) ITAÚ COLOMBIA S.A.
      d) BANCOLOMBIA S.A.
      e) CITIBANK-COLOMBIA
      f) BANCO GNB SUDAMERIS S.A.
      g) BANCO DE OCCIDENTE S.A.
      h) BANCO CAJA SOCIAL S.A.
      i) BANCO DAVIVIENDA S.A.
      j) SCOTIABANK COLPATRIA S.A.
      k) BANCO AGRARIO DE COLOMBIA S.A. -BANAGRARIO-
      l) BANCO COMERCIAL AV VILLAS S.A.
      m) BBVA BANK
      n) BANCO SANTANDER DE NEGOCIOS COLOMBIA S.
      o) CORPORACIÓN FINANCIERA COLOMBIANA S.A.
      p) BANCA DE INVERSIÓN BANCOLOMBIA S.A.
      q) BNP PARIBAS COLOMBIA CORPORACIÓN FINANCIERA S.A.
      r) CORPORACIÓN FINANCIERA GNB SUDAMERIS S.A.
      s) CORPORACIÓN FINANCIERA DAVIVIENDA S.A.

6.7. The seizure and subsequent sequestration of 100% of the securities (*shares, bonds, and/or*

[Logo: DRET Legal Ally Law]

*any other security*), investments, stakes, share percentages, units, units of participation, contributions, etc., whether in collective investment funds, mandates, mandates, private equity funds, joint venture accounts, management contracts, investment contracts, investment trusts, autonomous assets, fiduciary assignments of any kind and/or any other title of which VP INGENERGÍA SA ESP is holder, trustor or contributor that are being managed, held, invested or deposited in any capacity through the following fiduciary entities, to which end I request that the respective orders we sent to these:

a) BBVA ASSET MANAGEMENT S.A. SOCIEDAD FIDUCIARIA.
b) FIDUCIARIA COLMENA S.A. -COLMENA FIDUCIARIA-
c) SKANDIA SOCIEDAD FIDUCIARIA S.A.
d) FIDUCIARIA LA PREVISORA S.A.
e) ALIANZA FIDUCIARIA S.A.
f) FIDUCIARIA POPULAR S.A.
g) FIDUCIARIA CORFICOLOMBIANA S.A.
h) FIDUCIARIA DE OCCIDENTE S.A.
i) FIDUCIARIA BOGOTÁ S.A.
j) ITAÚ FIDUCIARIA COLOMBIA S.A. SOCIEDAD FIDUCIARIA
k) CITITRUST COLOMBIA S.A. SOCIEDADFIDUCIARIA
l) FIDUCIARIA SCOTIABANK COLPATRIA   S.A.
m) FIDUCIARIA BANCOLOMBIA S.A. SOCIEDAD FIDUCIARIA
n) ACCIÓN SOCIEDAD FIDUCIARIA S.A.
o) SERVITRUST GNB SUDAMERIS S.A.
p) FIDUCIARIA CENTRAL S.A.
q) SOCIEDAD FIDUCIARIA DE DESARROLLO AGROPECUARIO S.A.
r) FIDUCIARIA COLOMBIANA DE COMERCIO EXTERIOR S.A. FIDUCOLDEX
s) FIDUCIARIA DAVIVIENDA S.A.
t) FIDUCIARIA SURA S.A.
u) CREDICORP CAPITAL FIDUCIARIA S.A.
v) BNP PARIBAS SECURITIES SERVICES SOCIEDAD FIDUCIARIA S.A.
w) BTG PACTUAL SOCIEDAD FIDUCIARIA S.A.
x) FIDUCIARIA COOMEVA S.A.

6.8. The seizure and subsequent sequestration of 100% of the securities (*shares, bonds, and/or any other security*, investments, stakes, share percentages, units, units of participation, contributions, etc.,

[Logo: DRET Legal Ally Law]

whether in collective investment funds, mandates, mandates, private equity funds, joint venture accounts, management contracts, investment contracts, investment trusts, autonomous assets, fiduciary assignments of any kind and/or any other title of which VP INGENERGÍA SA ESP is holder, trustor or contributor that are being managed, guarded, invested or deposited in any capacity through the following fiduciary entities, to which end I request that the respective orders we sent to these:

a) BOLSA DE VALORES DE COLOMBIA SA
b) DEPÓSITO CENTRALIZADO DE VALORES DE COLOMBIA DECEVAL SA
c) ACCIONES Y VALORES SA COMISIONISTAS DE BOLSA
d) UALET SA COMISIONISTA DE BOLSA
e) PROGRESIÓN SOCIEDAD COMISIONISTA DE BOLSA SA
f) BTG PACTUAL SA COMISIONISTA DE BOLSA
g) COMPAÑÍA DE PROFESIONALES DE BOLSA SA COMISIONISTA DE BOLSA
h) VALORES BANCOLOMBIA SA COMISIONISTA DE BOLSA
i) CORREDORES DAVIVIENDA SA COMISIONISTA DE BOLSA
j) BBVA VALORES COLOMBIA SA COMISIONISTA DE BOLSA
k) CREDICORP CAPITAL COLOMBIA SA
l) COMPASS GROUP SA COMISIONISTA DE BOLSA
m) ALIANZA VALORES COMISIONISTA DE BOLSA SA
n) GLOBAL SECURITIES SA COMISIONISTA DE BOLSA
o) CITIVALORES SA COMISIONISTA DE BOLSA
p) CASA DE BOLSA SA SOCIEDAD COMISIONISTA DE BOLSA
q) ITAÚ COMISIONISTA DE BOLSA COLOMBIA SA
r) SERVIVALORES GNB SUDAMERIS SA COMISIONISTA DE BOLSA
s) SCOTIA SECURITIES (COLOMBIA) SA SOCIEDAD COMISIONISTA DE BOLSA
t) SKANDIA VALORES SA SOCIEDAD COMISIONISTA DE BOLSA
u) LARRAÍN VIAL COLOMBIA SA SOCIEDAD COMISIONISTA DE BOLSA DE VALORES

6.9. The seizure of VP INGENERGÍA S.A. E.S.P.'s real estate subject to registration. For this purpose, I request that the Public Instruments Registry Offices of Bogotá Norte, Bogotá Zona Centro, Bogotá Zona Sur, and the Public Instruments Office of Barranquilla and Bucaramanga be requested, so that the respective Registrars provide information regarding the assets over which the defendant may have a right of ownership, to which end I request that the respective orders be issued.

[Logo: DRET Legal Ally Law]

6.10. The seizure and subsequent sequestration of VP INGENERGÍA S.A. E.S.P.'s commercial premises. Pursuant to sect. 595(8) CGP, we request that the administration of the company or of the establishment be handed over to a receiver appointed by the Office. We thank the Office for issuing the respective orders for the Chamber of Commerce of Bogota, Barranquilla and Bucaramanga to record the requested precautionary measure.

Pursuant to section 590 CGP, the judge will assess *"(...) the standing or interest of the parties to act*, *the existence of a threat or violation of the law*, *fumus boni iuris*, as well as *the necessity, effectiveness and proportionality of the measure (...)*". *(...)"*. The request meets the above requirements to the extent that:

CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA have <u>an interest in acting</u> since they are creditors of the express, clear and currently enforceable payment obligation that is the object of the present proceeding.

<u>The rights</u> of CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA could be violated in case VP INGENERGÍA S.A. E.S.P. alters its assets to the detriment of the effective payment of the claims of this lawsuit.

There is an <u>*fumus boni iuris*</u> since the obligation is enforceable as the Contract and the invoices show that VP INGENERGÍA SA ESP is a debtor of CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA.

The measures are <u>*necessary and effective*</u> since it is the only way to ensure the payment of VP INGENERGÍA SA ESP's debt.

The measures are <u>*proportional*</u> as they are not excessive.

We request that the respective precautionary measures up to the amounts provided by law for this purpose be implemented.

## VII. EVIDENCE

Documents and/or annexes submitted with this claim.

[Logo: DRET Legal Ally Law]

9.1.     Power of attorney of CNE OIL & GAS SAS.
9.2.     Power of attorney of CNEOG COLOMBIA SUCURSAL COLOMBIA.
9.3.     Certificate of existence and representation of CNE OIL & GAS SAS.
9.4.     Certificate of existence and representation of CNEOG COLOMBIA SUCURSAL COLOMBIA.
9.5.     Certificate of existence and representation of DRET LEGAL SAS.
9.6.     Certificate of existence and representation of VP INGENERGÍA SA ESP.
9.7.     Contract No. CNEOG-CF-VP-01-2022.
9.8.     Collection receipts CNSC-501, CNSC-502, CNSC-505 and CNSC-507.

The above documentary evidence can be downloaded from the following link which we have enabled, especially for this process:

https://dret0.sharepoint.com/:f:/g/Esm-moq0ioxNo1ZdNVSj 9QBTa0k59s7YHjsZ0AFCQ8iHQ?e=vPHby7

## VIII. NOTICE OR SUMMONS ADDRESS

The information below regarding the place of notification and the e-mail addresses of each party was obtained from the respective commercial registries.

8.1.     CNE OIL & GAS SAS:

| Physical address | Calle 113 No. 7 - 45 Tower B Floor 1501 Bogotá D.C. |
|---|---|
| Telephone | 6211747 |
| E-mail for notifications | notificacionesjudiciales@canacolenergy.com |
| Proxy's email | juan.mendoza@dret.legal |

8.2.     CNEOG COLOMBIA SUCURSAL COLOMBIA:

| Physical address | Calle 113 No. 7 - 45 Tower B Floor 1501 Bogotá D.C. |
|---|---|
| Telephone | 6211747 |
| E-mail for notifications | notificacionesjudiciales@canacolenergy.com |
| Proxy's email | juan.mendoza@dret.legal |

[Logo: DRET Legal Ally Law]

8.3.     VP INGENERGÍA SA ESP:

| Physical address | Avenida Carrera 9 115 06 Office 801 Building Tierra Firme Bogota D.C. |
|---|---|
| Telephone | 2624673<br>6476968<br>3167444548 |
| E-mail for notifications | financiera@vpsa.co |

Since CNE OIL & GAS SAS and CNEOG COLOMBIA SUCURSAL COLOMBIA are applying for an order of precautionary measures, it is not necessary to simultaneously send this claim and its annexes to VP INGENERGÍA SA ESP (*see art.* 6 Law 2213 of 2022).


Respectfully addressed to the Judge,


[Signature]
Juan Mendoza Gómez
ID No. 80.180.157
TP 144.959 CS of the J
Registered attorney of DRET LEGAL SAS, the proxy of CNE OIL & GAS S.A.S. and CNEOG COLOMBIA SUCURSAL COLOMBIA.

**BOETHIUS**

# CERTIFICATION

**BOETHIUS TRANSLATIONS**

**Boethius, Inc.**
**255 Aragon Avenue, 2nd Floor**
**Coral Gables, Florida, 33134.**

This Translation Certificate confirms the included documents have been completed in agreement with our standardised quality assurance practices and are, to the best knowledge and belief of all Boethius employees engaged in this project, full and accurate translations of the source material.

| 1 | 1. CNE. Demanda Ejecutiva VP - Factura 191 | ES>EN |
|---|---|---|
| 2 | 1. Demanda Ejecutiva VP - Contrato Firme 2022 VF | ES>EN |
| 3 | 1. Demanda Ejecutiva VP (pagaré) | ES>EN |
| 4 | Ampliación estafa 3-4-24 | ES>EN |
| 5 | Ampliación estafa 13-2-24 | ES>EN |
| 6 | Denuncia - Concierto para delinquir | ES>EN |
| 7 | Denuncia alzamiento de bienes | ES>EN |
| 8 | Denuncia Estafa - Canacol | ES>EN |

DocuSigned by:

*Marcos Guntin*

C9CF310DD41447E...
_____
SIGNATURE

Name:       Marcos Guntin
Title:         President
Company:  Boethius, Inc.
Email:        mguntin@boethiustranslations.com

www.boethiustranslations.com